# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. JONATHAN COEY BEAUMONT, SR., **Defendant.** | CR 19-143-BLG-SPW  ORDER |

Pending before the Court is the United States' Unopposed Motion to Obtain Potentially Exculpatory Evidence from the United States Probation Office (Doc. 18). For good cause shown,

IT IS HEREBY ORDERED that the United States Probation Office shall release to the United States Attorney's Office a copy of Jonathan Coey Beaumont, Sr.'s August, 2018 polygraph results, including the August, 2018 polygraph.

The clerk of Court is directed to notify the U.S. Probation Office of the entry of this Order.

DATED this 10th day of February, 2020.

SUSAN P. WATTERS
United States District Court Judge

1