FILED

MAR 12 2020

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JONATHAN COEY BEAUMONT, SR., Defendant. | CR 19-143-BLG-SPW ORDER |

Pending before the Court is the unopposed motion of the United States of America under Fed. R. Crim. P. 48(a) for an order dismissing the indictment without prejudice (Doc. 20). For good cause shown,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. The indictment is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that trial set for Monday, March 30, 2020 is **VACATED**, along with all associated deadlines.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 12th day of March, 2020.

SUSAN P. WATTERS
United States District Judge

1